UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GENERAL ELECTRIC CO.,

                              Plaintiff,

        -against-

L3HARRIS TECHNOLOGIES, INC.,

                             Defendant.
------------------------------------------------------------------X

23-CV-10736 (VSB) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A conference in this matter to address the parties' joint letter at ECF No. 56 is hereby scheduled for **Tuesday, September 10, 2024 at 10:00 a.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].**

        SO ORDERED.

DATED:    New York, New York
               August 16, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge