

**DLA Piper LLP (US)**
555 Mission Street
Suite 2400
San Francisco, California 94105-2933
www.dlapiper.com

Gina Durham
gina.durham@us.dlapiper.com
T  415.836.2506
F  415.659.7333

September 5, 2024
*VIA ECF*

The Honorable Valerie Figueredo
United States District Court for the Southern District of New York
500 Pearl Street, Courtroom 17A
New York, New York 10007

**Re:**   *General Electric Co. v. L3Harris Technologies, Inc.*, **Case No. 23-CV-10736 (VSB)(VF) (S.D.N.Y.)**

Dear Magistrate Judge Figueredo:

      Pursuant to Section 1.e. of this Court's Individual Practices, I write as lead counsel for Plaintiff General Electric Co. ("GE") in the above captioned matter, with the consent of Defendant L3Harris Technologies, Inc ("L3Harris") to request an adjournment of the September 10, 2024 conference regarding the parties' discovery dispute.  (Dkt. Nos. 56, 58.)

      The main reason for the requested adjournment is because GE's counsel of record have unmovable conflicts with the scheduled hearing date.  Specifically, I have two in-person hearings scheduled for September 10 in California.  The primary associate on this matter is going to be out-of-office for his nuptials and honeymoon and the other associate assigned to this matter is on parental leave.  Another reason supporting an adjournment is that the parties imminently intend to file an additional modification to the discovery schedule based on the Court's availability to oversee a settlement conference in November or December to enable the parties to engage in a meaningful neutral-assisted settlement conversation with the Court without incurring unnecessary additional litigation costs.  (Dkt. No. 60.)  As a result, an adjournment of the discovery conference would also minimize potentially unnecessary burdens on the Court.  This is the first request for an adjournment of the discovery conference.

      The parties propose that the conference be re-scheduled to either: (1) September 24, 2024; or (2) the date of the parties' settlement conference with the Court, if the parties are unable to reach a resolution.

      The parties thank the Court for its consideration of this matter.

September 3, 2024
Hon. Valerie Figueredo
Page Two

          Respectfully submitted,

          */s/ Gina Durham*
          Gina Durham (admitted *pro hac vice*)
          **DLA PIPER LLP (US)**
          555 Mission Street, Suite 2400
          San Francisco, California 94105-2933
          Telephone: 415-836-2506
          Email: gina.durham@us.dlapiper.com

          *Attorney for General Electric Co.*

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE
DATED: 9-6-2024

The adjournment requested herein is granted. The conference to address the parties' discovery dispute is rescheduled to **Tuesday, September 24, at 10:30 a.m.** The Clerk of Court is respectfully directed to terminate the motion at ECF No. 61.

          */s/ William Bergmann*
          William Bergmann (admitted *pro hac vice*)
          **BAKER & HOSTETLER LLP**
          1050 Connecticut Ave., NW Ste. 1100
          Washington, DC 20036
          Telephone: 202-861-1549
          Email: wbergmann@bakerlaw.com

          *Attorney for L3Harris Technologies, Inc.*