UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GENERAL ELECTRIC CO.,

                Plaintiff,

-against-

L3HARRIS TECHNOLOGIES, INC.,

                Defendant.
------------------------------------------------------------------X

23-CV-10736 (VSB) (VF)

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The settlement conference in this matter has been rescheduled for **Monday, January 13, 2025 at 10:00 a.m.**, in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend the settlement conference, accompanied by that party's attorney, and corporate parties must send a representative with decision making authority to settle the matter to the conference.

Defendant must respond to Plaintiff's previous demand, prior to the conference. The parties are instructed to prepare pre-conference submissions in accordance with the Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **January 6, 2025.**

    SO ORDERED.

DATED:    New York, New York
               September 23, 2024

                                                                        VALERIE FIGUEREDO
                                                                       United States Magistrate Judge