UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GENERAL ELECTRIC CO.,

                      Plaintiff,

      -against-

L3HARRIS TECHNOLOGIES, INC.,

                      Defendant.
------------------------------------------------------------------X

23-CV-10736 (VSB) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A conference in this matter to address the privilege issue raised at ECF No. 56 is hereby scheduled for **Wednesday, October 9, 2024 at 2:00 p.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].** After reviewing the documents submitted by Defendant for in camera review, the Court has some additional questions concerning application of the attorney-client and work-product privilege to those documents.

      SO ORDERED.

DATED:    New York, New York
               October 4, 2024

                                                     _____
                                                       VALERIE FIGUEREDO
                                                       United States Magistrate Judge