UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
GENERAL ELECTRIC CO.,                                      :
:
                      Plaintiff,              :
:         23-CV-10736 (VSB)
     -against-                                           :
:              **ORDER**
L3HARRIS TECHNOLOGIES, INC.,                               :
:
                      Defendant.            :
:
-----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       In accordance with the Amended Case Management Plan and Scheduling Order entered by Judge Figueredo on September 30, 2024, (Doc. 67), the post-discovery conference in this case is adjourned from October 7, 2024, to June 13, 2025 at 2:00 p.m.  No later than June 6, 2025, the parties are to submit a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion, what efforts the parties have made to settle the action, and whether any discovery disputes remain outstanding. If either party contemplates filing a dispositive motion, the parties should be prepared to discuss a briefing schedule at the post-discovery conference.

SO ORDERED.

Dated:  October 7, 2024
       New York, New York

                                                    Vernon S. Broderick
                                                    United States District Judge