# BakerHostetler

Baker&Hostetler LLP

Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5403

T 202.861.1500
F 202.861.1783
www.bakerlaw.com

January 15, 2025

**VIA ECF**

The Honorable Valerie Figueredo
United States District Court
for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *General Electric Co. v. L3Harris Technologies, Inc.*, Case No. 23-cv-10736 (VSB) (VF)
(S.D.N.Y.) (Consolidated)

Dear Judge Figueredo:

The parties appreciated your efforts during the recent mediation and confirm that they have reached a resolution in principle.  The parties write to request a **six (6) month** stay of all pending deadlines given that the proposed terms include certain conditions that need to occur before parties agree to release their claims.  If the Court approves this stay request, the parties anticipate that, on or before **July 15, 2025**, the parties (1) will stipulate to dismissal of this action with prejudice; or, only if needed, (2) seek an extension of the stay.  The stay will also ensure that the Court retains jurisdiction over the dispute.

Respectfully submitted,

| | |
|---|---|
| */s/  William C. Bergmann* | */s/  Gina Durham* |
| William C. Bergmann (admitted *pro hac vice*) | Gina Durham (admitted *pro hac vice*) |
| **BAKER & HOSTETLER LLP** | **DLA PIPER LLP (US)** |
| 1050 Connecticut Avenue NW, Suite 1100 | 555 Mission Street, Suite 2400 |
| Washington, DC  20036 | San Francisco, California 94105-2933 |
| Email: wbergmann@bakerlaw.com | Telephone: 415-836-2506 |
| Telephone:   202.861.1500 | Email: gina.durham@us.dlapiper.com |
| | |
| *Attorney for L3Harris Technologies, Inc.* | *Attorney for General Electric Co.* |

---

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated:** 1/21/25

The stay requested herein is GRANTED. The parties are directed to file a stipulation of dismissal or a joint status update by **July 15, 2025**. The Clerk of Court is directed to terminate the gavel at ECF No. 76.

---